BRUNO TOMASZEWSKI, Appellant, v. JENNY CZERNIOWSKI, etc., and WALTER SIERPINSKI, Respondents.— Order granting defendants' motion for judgment on the pleadings, and order denying motion to resettle said order, affirmed, with ten

_____

* See Kings County Supreme Court Trial Term Calendar Rules, rule 10, as amd. 1912; since amd. 1928.— [REP.

dollars costs and disbursements. No opinion. Rich, Young and Kapper, JJ., concur, Lazansky, P. J., and Hagarty, J., dissent.